# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2005-10304-GAO-10

LESLIE ABAD,
        Defendant.

## *ORDER RETURNING CASE OF LESLIE ABAD TO DISTRICT JUDGE FOR CHANGE OF PLEA*

COLLINGS, U.S.M.J.

The Court has been informed that the above-named defendant intends to plead guilty to the charge contained in the Indictment.

ACCORDINGLY, THE CASE AS TO THE ABOVE-NAMED DEFENDANT IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE O'TOOLE'S SESSION.

                                              /s/ Robert B. Collings
                                              ROBERT B. COLLINGS
                                              United States Magistrate Judge

Date: May 1, 2007.